**Order filed December 20, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00907-CV

_____

### JOSE MALAGON, ET AL, Appellants

### V.

### FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1082593**

## O R D E R

The notice of appeal in this case was filed November 9, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **January 5, 2017.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM